<-->
Richard C. Conway - #81679
Josh T. Fox - #282072
**KAHN, SOARES & CONWAY, LLP**
219 N. Douty Street
Hanford, CA 93230
Tel: (559) 584-3337
Fax: (559) 584-3348

Attorneys for Plaintiff,
KYLE R. HATHAWAY

# UNITED STATES DISTRICT COURT,

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| KYLE R. HATHAWAY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION; JEFFREY S. MCCARROLL, an individual; THOMAS W. PORTER, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 1:18-CV-01155-LJO-SKO<br><br>**STIPULATION AND ORDER RE DISMISSAL OF SECOND CAUSE OF ACTION WITHOUT PREJUDICE AND REMAND TO SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF KINGS** |

Plaintiff, Kyle R. Hathaway, and Defendants California Department of Forestry and Fire Protection, Jeffrey S. McCarroll, and Thomas W. Porter, by and through their attorneys of record in this matter, hereby stipulate and agree that:

WHEREAS, on January 8, 2019, the above-entitled Court issued a Memorandum Decision and Order granting the Defendants' Motion to Dismiss the Second Cause of Action of the First Amended Complaint, granting the Plaintiff twenty days to amend the same;

WHEREAS the Plaintiff has elected to dismiss, without prejudice, the Second Cause of Action rather than submit a Second Amended Complaint;

WHEREAS, the First Amended Complaint's First, Third, and Fourth Causes of Action assert claims under the laws of the State of California and do not implicate this Court's subject-matter jurisdiction;

NOW, THEREFORE, IT IS HEREBY STIPULATED that (1) the Second Cause of Action of the First Amended Complaint be dismissed without prejudice; and (2) the case be remanded to the Superior Court of the State of California, County of Kings, for further proceedings.

KAHN, SOARES & CONWAY, LLP

Date: January 24, 2019      By /s/ *Richard C. Conway*
                                             Richard C. Conway, Esq.,
                                             Josh T. Fox, Esq.
                                             Attorneys for Plaintiffs

XAVIER BECERRA
Attorney General of California
GARY S. BALEKJIAN
Supervising Deputy Attorney General

Date: January 24, 2019      By /s/ *Lauren E. Sible* (as authorized on 1/24/19)
                                             Lauren E. Sible, Esq.
                                             Attorneys for Defendants

## **ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

1. The First Amended Complaint's Second Cause of Action is dismissed without Prejudice.
2. The action is hereby remanded to the Superior Court of the State of California, County of Kings, for further proceedings.

IT IS SO ORDERED.

Dated: **January 24, 2019**        /s/ Lawrence J. O'Neill
                                                     UNITED STATES CHIEF DISTRICT JUDGE